# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149033

In re RYAN, Minors.

SC: 149033
COA: 318571
Wayne CC Family Division:
13-512184-NA

_____/

On order of the Court, the application for leave to appeal the December 20, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the February 21, 2014 order of the Court of Appeals and we REMAND this case to the Court of Appeals for consideration as on reconsideration granted. On remand, the Court of Appeals shall either reinstate the children's claim of appeal or explain why the children do not have an appeal of right, pursuant to MCR 3.993(A)(1), from the trial court's September 27, 2013 order of disposition.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2014



Clerk

s0429